### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY WINGROVE, ) | |
| ) | Civil Action No. 2:20-cv-00122 |
| Plaintiff, ) | |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| DANAN HEALTHCARE CONSULTING ) | |
| GROUP, INC., et al, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This case settled before Judge Richard A. Lanzillo on April 28, 2022. The only matters remaining will be the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time. Therefore,

**IT IS ORDERED** this 6th day of May, 2022, that the Clerk of Court mark this case **CLOSED**. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

                                                                            s/Lisa Pupo Lenihan
                                                                            Lisa Pupo Lenihan
                                                                            United States Magistrate Judge

cc:    All Counsel of Record.